UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-21699-CIV-LENARD/O'SULLIVAN

RITZY ROMERO, RITZY ROMERO,
as mother and Representative of
LOURDES ROMERO and GABRIELA SMITH CRUZ,

    Plaintiff,

v.

TOYOTA MOTORS CORPORATION,
TOYOTA MOTOR SALES CORPORATION,
USA, INC.,
    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Non-Party Movant, A.C.S., Inc.'s Motion to Quash Subpoena (DE # 54, 7/7/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Non-Party Movant, A.C.S., Inc.'s Motion to Quash Subpoena (DE # 54, 7/7/11) on or before September 6, 2011. The failure to file a response may result in an Order granting the Non-Party Movant, A.C.S., Inc.'s Motion to Quash Subpoena (DE # 54, 7/7/11) in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this **23rd** day of August, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
U.S. District Court Judge Lenard
All counsel on record